JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robin Lukianczyk,<br>Plaintiff,<br>vs.<br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br>Defendant. | Case No. 1:26-cv-05053-SKO<br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br>(Doc. 9) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 29-day extension of time, from September 24, 2026 to October 23, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of September 21, 2026 and September 28, 2026 counsel has thirteen merit briefs and one reply due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 17, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 17, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By: **/s/ Margaret Branick-Abilla*
Margaret Branick-Abilla
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 17, 2026)

**ORDER**

Good cause having been shown (Fed. R. Civ. P. 16(b)(4)), the parties' foregoing stipulation and unopposed motion (Doc. 9) is GRANTED, and IT IS ORDERED that Plaintiff's motion for summary judgment shall be filed on or before **October 23, 2026**. All deadlines in the Scheduling Order (Doc. 4) are modified accordingly.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE